| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>COLLINGS, ROBERT B. | 2. Court or Organization<br><br>U.S. DISTRICT COURT, MA | 3. Date of Report<br><br>05/14/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>  magistrate judges indicate full- or part-time)<br><br>U.S. MAGISTRATE JUDGE, FT | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>UNITED STATES COURTHOUSE<br>1 COURTHOUSE WAY, SUITE 7420<br>BOSTON, MA 02210 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐  NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | LEGISLATIVE CHAIRMAN | FEDERAL MAGISTRATE JUDGES ASSOCIATION (FMJA) |
| 2. | ABA HOUSE OF DELEGATES | NATIONAL CONFERENCE OF FEDERAL TRIAL JUDGES, JUDICIAL DIVISION, AMERICAN BAR ASSOCIATION (ABA) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑  NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLLINGS, ROBERT B. | 05/14/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | 1/24/2013-1/25/13 | Miami, FL and return | Teaching | Trans., Lodging |
| 2. | American Conference Institute | 1/31/2013-2//01/2013 | New York, NY and return | Teaching | Trans. Lodging |
| 3. | American Bar Association & Federal Magistgrate Judges Association | 2/7/2013-2/11/2013 | Dallas, TX and return. | Meeting | Trans., Lodging |
| 4. | Federal Magistrate Judges Association | 3/04/2013-03/06/3013 | Washington, DC and return | Meeting | Trans., Lodging, Meals |
| 5. | American Bar Association | 4/16/2013-4/18/2013 | Washington, DC and return | Meeting | Trans., Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| COLLINGS, ROBERT B. | 05/14/2014 |

| | | | | |
|---|---|---|---|---|
| 6. Sedona Conference | 4/24/2013-4/26/2013 | St. Louis MO and return | Meeting | Trans., Lodging |
| 7. American Conference Institute | 4/29/2013-4/30/2013 | Philadelphia, PA and return | Teaching | Trans, Lodging |
| 8. American Conference Institute | 5/30/2013-5/31/2013 | New York City and return | Teaching | Trans., Lodging |
| 9. American Bar Association & Federal Magistrate Judges Association | 8/08/2013-8/13/2013 | San Francisco, CA and return | Meeting | Trans., Lodging |
| 10. Federal Magistrate Judges Association | 9/17/2013-9/19/2013 | Washington, DC and return | Meeting | Trans., Lodging, Meals |
| 11. Huron Legal | 9/30/13-10/01/2013 | New York City, NY and return | Teaching | Trans, Lodging |
| 12. Momentum | 10/21/13-10/22/2013 | New York City, NY and return | Teaching | Trans., Lodging |
| 13. American Conference Institute | 10/24/2013-10/25/2013 | New York City, NY and return | Teaching | Trans., Lodging |
| 14. Huron Legal | 12/11/2013-12/12/2013 | Charlotte, NC | Teaching | Trans., Lodging |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLLINGS, ROBERT B. | 05/14/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLLINGS, ROBERT B. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK OF AMERICA, f/k/a FLEET BANK BOS, MA (Check/Sav Acct) | A | Interest | J | T | | | | | |
| 2. PUTNAM INVESTORS FUND, BOSTON, MA (Mutual Fund) | A | Dividend | J | T | | | | | |
| 3. Fidelity Independence Fund fka Fid. Ret. Growth Fund | | None | K | T | | | | | |
| 4. USAA AGRESSIVE GROWTH FUND | A | Dividend | K | T | | | | | |
| 5. Pentair Ltd. | A | Dividend | J | T | | | | | |
| 6. CISCO SYSTEMS, INC. STOCK | A | Dividend | J | T | | | | | |
| 7. COCA-COLA COMPANY STOCK | A | Dividend | J | T | | | | | |
| 8. EMC CORP. (STOCK) | | None | J | T | | | | | |
| 9. GLAXCO WELCOME PLC STOCK | A | Dividend | J | T | | | | | |
| 10. MICROSOFT CORP. STOCK | A | Dividend | J | T | | | | | |
| 11. PROTECTIVE LIFE CORP. STOCK | A | Dividend | J | T | | | | | |
| 12. CLINTON, MASS. MUNICIPAL BOND | A | Interest | J | T | | | | | |
| 13. AM. FUNDS, EURO PACIFIC AM FUNDS-GROWTH MUTUAL FUND | | None | J | T | | | | | |
| 14. Legg Mason Partners MA Municipal Fund, fka Smith Barney | A | Dividend | J | T | | | | | |
| 15. General Electric | A | Dividend | J | T | | | | | |
| 16. Bank of Am, fka Fleet Bank Boston (Money Market Account) | A | Interest | J | T | | | | | |
| 17. * Wells Fargo Advisors | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **COLLINGS, ROBERT B.** | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Tyco International LTD Bermuda, fka Tyco International | A | Dividend | J | T | | | | | |
| 19. TE Connectivity Ltd fka Tyco Electronics Ltd fka Tyco Int'l | A | Dividend | J | T | | | | | |
| 20. TD Bank | A | Interest | J | T | | | | | |
| 21. PWRSHRS WLDRHL CLN ET f/k/a Hill Clean Energy Port | A | Dividend | J | T | | | | | |
| 22. ADT Corp. | A | None | J | T | | | | | |
| 23. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLLINGS, ROBERT B. | 05/14/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII Investments and Trusts

| Name of Person Reporting | Date of Report |
|---|---|
| COLLINGS, ROBERT B. | 05/14/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **ROBERT B. COLLINGS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544